IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NOVOZYMES A/S and<br>NOVOZYMES NORTH AMERICA, INC.,<br><br>         Plaintiffs,<br><br>  v.<br><br>C T E GLOBAL INC.,<br><br>         Defendant. | Case No. 11-cv-04276<br><br>Hon. Harry D. Leinenweber, U.S.D.J.<br><br>Hon. Jeffrey T. Gilbert, U.S.M.J. |

**JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT**

  Plaintiffs NOVOZYMES A/S and NOVOZYMES NORTH AMERICA, INC. and Defendant C T E GLOBAL INC. ("the Parties") jointly request entry of the Consent Judgment attached as Exhibit A to this motion. In support of their motion, the Parties state as follows:

  1. This is a patent infringement action initiated by Plaintiffs on June 23, 2011. The Parties have engaged in discussions to attempt to resolve this dispute without trial, and those discussions have been successful.

  2. On August 20, 2012, the Parties entered into a Settlement Agreement resolving all issues in this case.

  3. The Settlement Agreement provides that the Parties enter into the Consent Judgment attached as Exhibit A, which each of the parties has executed after consultation with counsel.

  WHEREFORE, the Parties jointly request that the Court enter the Consent Judgment submitted herewith as Exhibit A at the Court's earliest convenience.

|  |  |  |
|---|---|---|
|  |  | Respectfully submitted, |
| Dated: September 7, 2012 | By: | /s/ Stacie R. Hartman (Bar ID 6237265) |

Robert C. Sullivan (admitted *pro hac vice*)
   rsullivan@fr.com
David Francescani (admitted *pro hac vice*)
   francescani@fr.com
Samuel S. Woodley (admitted *pro hac vice*)
   woodley@fr.com
Michael T. Zoppo (admitted *pro hac vice*)
   zoppo@fr.com
**FISH & RICHARDSON P.C.**
601 Lexington Avenue – 52nd Floor
New York, NY 10022
Telephone: (212) 765-5070
Facsimile: (212) 258-2291

Stacie R. Hartman
  shartman@schiffhardin.com
Lawrence H. Heftman
  lheftman@schiffhardin.com
**SCHIFF HARDIN LLP**
233. S. Wacker Dr., Suite 6600
Chicago, IL 60606
Telephone: (312) 258-5500
Facsimile: (312) 258-5600

*Attorneys for Plaintiffs* NOVOZYMES A/S and NOVOZYMES NORTH AMERICA, INC.

Dated: September 7, 2012      By:   /s/ Gregory J. Leighton (Bar ID 6290037)

Kevin C. May
  kmay@ngelaw.com
Gregory J. Leighton
  gleighton@ngelaw.com
**NEAL, GERBER & EISENBERG LLP**
Two North LaSalle Street, Suite 1700
Chicago, IL 60602-3801
Telephone: (312) 269-8000

*Attorneys for Defendant* C T E GLOBAL, INC.

2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2012, I electronically filed the foregoing *Joint Motion For Entry of Consent Judgment* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Stacie R. Hartman*

Stacie R. Hartman (Id. No. 6237265)